UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| JOHN LEE COUCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:12-cv-1535-TWP-DML |
| | ) | |
| UNITED STATES OF AMERICA, et al, | ) | |
| | ) | |
| Defendants. | ) | |

**Entry and Order Dismissing Action**

**I.**

"A complaint must always . . . allege 'enough facts to state a claim to relief that is plausible on its face.'" *Limestone Development Corp. v. Village of Lemont, Ill.,* 520 F.3d 797, 803 (7th Cir. 2008) (quoting *Bell Atlantic Corp. v. Twombly,* 550 U.S. 544, 555 (2007)). "A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Ashcroft v. Iqbal,* 129 S. Ct. 1937, 1949 (2009).

The complaint is unintelligible and fails to state a claim upon which relief can be granted. The action is therefore dismissed.

The request to proceed *in forma pauperis* [Dkt. 2] is granted.

**II.**

Judgment consistent with the dismissal in Part I of this Entry shall now issue.

**IT IS SO ORDERED.**

Date: 10/26/2012

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

John Lee Couch
8845 Jackson Street
Indianapolis, IN 46231